(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(1) _Joshua Stephenson SBI# 449406_
    (Name of Plaintiff)       (Inmate Number)

_disposition of DPC, 19720_
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)       (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

08 - 173
(Case Number)
( to be assigned by U.S. District Court)

vs.

(1) _Thomas Eubanks_
(2) _Enid Eubanks_
(3) _Wilmington Police Department_ (Jones, Lee, Lavean, etc.)
(4) _Audrey Eubanks_ — party involved with incedint
    (Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
MAR 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned
IFP

**I. PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

" 0611022028, 0612010374, 0708018406) Habeas Corpus for unecessary delay indictment or bringing the defendant to trial - Criminal Rules - Chief Justices Rules - Speedy trial "120 days", Police brutality, excessive force - Sops - negligance, official misconduct, Intrapment, Involentary imprisonment, etc. Chein command, Cruel and unusall punishment Paitent Rights handbook violations on numerous counts - Constantly.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ⊙ Yes  • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ⊙ Yes  • No

C. If your answer to "B" is Yes:

1. What steps did you take? _grievances, petions, motions — Habeas Corpus_

2. What was the result? _non compliant with law guide- lines (Crimminal Rules)! Etc._

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Thomas Eubanks_
Employed as _Unknown_ at _"_
Mailing address with zip code: _____

(2) Name of second defendant: _Enid Eubanks_
Employed as _Unknown_ at _"_
Mailing address with zip code: _____

(3) Name of third defendant: _Wilmington Police Department_
Employed as _Police/Correctional officers_ at _"_
Mailing address with zip code: _Court 20_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) Audrey Eubanks

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Boiling-trafficking of a victum, False imprisionment- unnecessary delay of indictment or bring the defendant to trial-(Criminal Rules), Double Jeopardy – Premature Sentacing of multiple charges under the same factul elements,

2. Standard Operating Procedures, Intrapment Unlawful force used during Original arrest and the seccound one, Police brutality, excessive force, Official misconduct, negligance, Abuse-Mistreatment and neglect,

3. Inadaquate Medical Service Cheif Justice Rules Speedy 120 days in delibrate denile, Ineffective Councel, NonCompliant with the position of motion, Conflict of intrest, exposure of confidetiality, Involuntary imprisionment, etc. Unecessary incaceration cruel and unusall punishment Cost of Court fees and expendages, State breech of Contract on dismissal. Patient Rights hand book Violations on numerous counts

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Sanction, Cash Compesation – Overturn Premature Sentacing/Unlawful Custody of the State

3

2. _" "_

3. _" "_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___19th___ day of ___March___, 2008.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Dear Authorities,

I'm a victum of



Boiling



Joshua Stephenson
1901 N. DuPont Hwy
Newcastle DE 19702
J&M



— motion to Seal

Clerck
US Districk Court
Lock box 18
844 N. King St
Wilmington DE 19801