(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Joshua Stephenson 449406
(Name of Plaintiff)    (Inmate Number)

1901 N. Dupont Hwy New Castle DE 19702
(Complete Address with zip code)

(2) Joshua Stephenson 449406
(Name of Plaintiff)    (Inmate Number)

190 N. Dupont Hwy New Castle DE 19702
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) WPD - Parties involved
(2) CMS - Paties involved
(3) Eubanks - Thomas, Enid, Audrey
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

CA 08-173 JJF
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested


FILED
APR - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**I. PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

0611022028, 0612010374, 0708018465, Parties involved. 2007 2006's November and August. Charges (2) counts of Terroristc Threating, resisting arrest, assault 3rd. And Assult 2ND, Assult DET Facil.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   • • Yes   • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   X• Yes   • • No

C. If your answer to "B" is Yes:

1. What steps did you take? grievances, inhouse mail, team meetings, family meeting, one on ones, etc.

2. What was the result? nothing

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Thomas, Enid, Audrey Eubanks
Employed as un/a at _____
Mailing address with zip code: 3203 N Van Buren St Wilmington DE 19802, un/a

(2) Name of second defendant: WPD
Employed as Police/Correctional officers at on Street, Doc, Dcc, DPC
Mailing address with zip code: Court # or 20

(3) Name of third defendant: CMS
Employed as Correctional medical service at Doc/DPC/DCC
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Unecessary delay in indictment 45-60days, and denile of Speedy trial 120days. Etc - (Boiling)

2. Standerd Operating Procedures Official misconduct, negligance, and inadaquatte medical service, excessive force.

3. Ineffective council non-compliant with the position of motion, Conflict of intrest, exposure of cofidentiality - and various patient hand book of nights

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Sanaction - Cash conpensation

3

2. _____//_____\_____

   _____

   _____

   _____

   _____

3. _____//_____\_____

   _____

   _____

   _____

   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3__ day of __April__, 2_008_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

J. Stephenson - DPC
1901 N DuPont Hwy
NewCastle DE 19702
JEM

Clerk
U.S. District Court
Lock box 18
844 King Street
Wilmington DE 19801

U.S.M.S.
X-RAY



Hasler
016H2651244.7
$00.970
Mailed From 19720
04/07/2008
US POSTAGE