CA 08 -173 JTF

Dear Clerck,

4/6/08

I've enclosed two of my last
transaction in compliance to
my legal—1983 form.

FILED

APR - 9 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Receipt Nº 155958

1-6

DELAWARE PSYCHIATRIC CENTER
New Castle, Delaware

Date: 5-26-08

7-12

RECEIPT

| PAYMENT RECEIVED FOR PATIENT NAME OR EMPLOYEE NAME 17-35 | PATIENT OR EMPLOYEE NO. 36-40 | INSURANCE CODE 42-43 | FUND CODE 45-49 | AMOUNT 50-58 | DESCRIPTION OR CHARGE | This Block For Accounting and IBM ONLY | |
|---|---|---|---|---|---|---|---|
| | | | | | | Posted By IBM | Verified By Accounting |
| | | | 824 | 25.70 | | | |
| | | | 800 11 | 15.12 | | | |
| | | | | | | | |
| INFORMATION | | | Total Amount Received | 40.82 | | | |

Board From _____ To _____

Received at: _____

By: _____  Delaware Psychiatric Center

**DEPARTMENT OF HEALTH and SOCIAL SERVICES**

# PATIENTS PERSONAL EFFECTS RECEIPT

Facility: _____    Date_____

Name _____ Activity: _____

Sent or Left by _____

Relationship _____

Address _____

_____

Received by _____

## Item/s:

| Quan. | DESCRIPTION |
|-------|-------------|
|       |             |
|       |             |
|       |             |
|       |             |
|       |             |
|       |             |
|       |             |
|       |             |
|       |             |
|       |             |

Received and Recorded at CENTRAL CLOTHING SUPPLY

By _____    Date _____

Received at _____ Bldg. or Ward

By _____    Date _____

DHSS-OAS-017 9/69 Supersedes (352, 352S)    Doc. Con. No.: 35-06-002-78-09-19



J.Stephonson-DPC
1901 N DuPont Hwy
New Castle, DE 19702

Clerck
Lockbox 18
844 N. King Street
Wilmington DE 19801

U.S.M.S
X-RAY