Dear Clerck,

4/15/08

In the case of Civil Action No. 05-173-JJF I would like to include "Gander Hill" - Howard Young Correctional Facinity. In regiards to sepsi, painful suffering, and uncessary delay.

SBI#449406

*[signature]*

FILED
APR 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

J Stephurent DPC
1901 N. DuPont Hwy
NewCastle DE 19702

JEM

Clerk
United States District Court
844 N King Street LockBox18
Wilmington, DE 19801-3570

U.S.M.S.
X-RAY