```
DELAWARE PSYCHIATRIC CENTER      --- RESIDENT TRUST FUNDS STATEMENT ---     Spool=PFABFUNDCL. PGM:PFABFUNDCL    04-16-08  Page=   1
For Period 12-01-07 thru 05-01-08  ( 153 Days)                                          Opr=gsmith              09:48:49  Term=windows
Facilities=

                                                TRUST FUNDS    B    A    L    A    N    C    E    S
 TR NO.    TRANS     DESCRIPTION       CASH      NON P/F  WITHDRAW  DEPOSIT  ON HAND  BNK/TRST  BURIAL   IN/OUT   ENTERED  INCURRED PY
                                                           --(DR)--  --(CR)--

 Name                       Account  Room    Medicaid #            Medicare #      Admitted  Total NAMI  Bank acct#
 STEPHENSON     JOSHUA      046992   0032                             -           12-19-07

                 Opening Balances

 124801.1  CKING  155362   CHK         15.00                          15.00    15.00                              12-27-07 12-27-07 F
                           CHECKS
 126217.1  CKING  155461   CHK         91.72                          91.72   106.72                               1-11-08  1-10-08 F
                           CHECKS
 126644.1  CASH   736796   SNK        -15.00     15.00                         91.72                               1-15-08  1-15-08 F
                           SNACKS
 127606.1  CASH   749509   SPD        -11.00     11.00                         80.72                               1-28-08  1-28-08 F
                           SPENDING
 127691.1  CKING  155544   CASH        15.00                          15.00    95.72                               1-28-08  1-28-08 F
                           CASH IN
 127940.1  CASH   749512   TELE       -15.00     15.00                         80.72                               1-29-08  1-29-08 F
                           TELEPHONE
 128384.1  CASH   749514   TELE       -15.00     15.00                         65.72                               2-04-08  2-04-08 F
                           TELEPHONE
 128439.1  CASH   749515   SNK        -15.00     15.00                         50.72                               2-05-08  2-05-08 F
                           SNACKS
 129113.1  CASH   762774   TELE        -5.72      5.72                         45.00                               2-12-08  2-12-08 F
                           TELEPHONE
 129450.1  CASH   762779   TELE        -1.00      1.00                         44.00                               2-20-08  2-20-08 F
                           TELEPHONE
 131988.1  CKING  155958   CHK         25.00                          25.00    69.00                               3-31-08  3-28-08 F
                           CHECKS
 131988.2  CKING  155958   CHK         15.00                          15.00    84.00                               3-31-08  3-28-08 F
                           CHECKS
 132197.1  CASH   807961   SNE        -84.00     84.00                          0.00                               4-02-08  4-02-08 F
                           SNEAKERS
 132923.1  CKING                        0.05                           0.05     0.05                              4-07-08  2-29-08 F
 133254.1  CASH   824862   SPD        -25.00     25.00                        -24.95                               4-09-08  4-09-08 F
                           SPENDING
 133258.1  CKING  155038   CHK         45.00                          45.00    20.05                               4-09-08  4-09-08 F
                           CHECKS
 133569.1  CASH   824866   TELE       -20.00     20.00                          0.05                               4-15-08  4-15-08 F
                           TELEPHONE

                 Closing Balances      0.05                          206.77
                                                206.72                          0.05
```



FILED APR 21 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Joshua Stel
1901 N Dupont Pkwy
NewCastle, DE 19702

Clerck
Lock box 18
844 N. King Street
Wilmington, DE 19801