08-CV-173JJF
08 CV 210 UNA

Dear Honorable Farnan, Jr,

I'm victum of ~~xxx~~ violation to Cheif Justice Rules – 120 days for speedy, Crimminal Rules 45-60 days to indictment or bring the defendant to trial... And ~~excess~~-ive force nature things, that stem from breaking the Standerd Operating Proceedures. I'm requesting that Reconciliation accourding to law guidelines take place as soon as possible. I also seek te press charges against Howard Young Correctional Insitution for secound incodent on wich charges have been formed.

Sincerly
SBI 445 406
[signature]


RECEIVED APR 23 2008

April 05, 08

    I Mr Thomas Eubanks and my wife, Mrs. Edin Eubanks has discuss the charges against our grandson (Joshua Stepenson) ,AND HAVE DECIDED TO NOT PRESS ANY CHARGES AGAINST HIM.We are not going to court any more on this matter.We are not seeking any Restitution of any kind. We refuse to keep attending the courts and would like to request not to be summons any longer at this point.It has been over a Year and We are no longer able to handle this case.Or want to pursue this matter any longer.Myself and my wife dont think this case should go on any longer.We Requsted that the charges be dropped at this point. Along with medical issues we are Enable ,to continue to Appear in these courts any more.SO please consider our written requst notice.

Thank You,

Mr Thomas Eubanks

*Thomas Eubanks* (signature)

MESA MONEE BARRETT
Notary Public
State of Delaware
My Commission Expires on Feb 27, 2010

*Mesa Monee Barrett* (signature)

MESA MONEE BARRETT
Notary Public
State of Delaware
My Commission Expires on Feb 27, 2010

0044   CCGPC CC043

CCP CUSTOMER SERVICE DIVISION
500 N KING ST STE 1630
WILMINGTON DE 19801-3704



09/10/2007
Case Number:   0708018465

## SUMMONS
### PRELIMINARY HEARING CONTINUANCE - MANDATORY APPEARANCE

STATE of DELAWARE vs. JOSHUA C STEPHENSON

JOSHUA C STEPHENSON
3203 N VAN BUREN ST
HRYCI - Howard R Young Correct
Wilmington , DE 19802-

(Standard Operating Procedures)

---

**Date & Time:** Wednesday  09/19/2007   08:30 AM
**Hearing:** PRELIMINARY HEARING
**Court:** The Court of Common Pleas
**Location:** 500 N. KING STREET, WILMINGTON, DELAWARE
**Floor:** FIFTH
**Courtroom:**
**Case Number:** 0708018465    **Complaint Number:** 2107000140    **Arrest Number:** 130550

---

The Preliminary Hearing in this case has been **continued.** You are now scheduled to appear for your Preliminary Hearing in the Court of Common Pleas at the location, date and time stated above for the following matter(s):

```
PN07A 0957    DE111254000B    ASSLT DET FACIL
PN07A 0958    DE11061200a3    ASSAULT 2ND
```

You are to check in with a Bailiff in the courtroom.

All requests for continuance must be in writing, and must be received by the Court at least three (3) business days before your scheduled date. Continuances may be granted or denied at the discretion of the Court.

Plan on arriving at least fifteen (15) minutes early. Since this case is probably one of a number scheduled for the same time, please be prepared to spend as much time as necessary to resolve this matter. Please bring all necessary documentation needed for Court, e.g., proof of insurance, motor vehicle registration, driver's license, etc.

Children should not be brought to Court unless they are a witness or victim in the case. Wireless communication devices (cell phones, etc.), and audio and/or video recording devices (camera telephones, etc.) are prohibited in all courthouses. All such devices found in violation of this policy are subject to seizure and forfeiture.

If you have a disability or need an accomodation in order to participate in this proceeding, please inform the Clerk's Office of your need(s) within two (2) business days of your receipt of this summons at (302) 255-0943. Hearing and speech impaired individuals with TTY equipment should use the Delaware Telecommunications Service at 711 to reach the Clerk's Office at (302) 255-0943.

If you fail to appear as required by this summons, the Court may issue a capias (bench warrant) for your arrest and the Division of Motor Vehicles may suspend your driver's license or driving privileges.

If you have any questions regarding this summons, please contact the Clerk's Office at (302) 255-0943.

**Please bring this Summons with you and dress appropriately.**

— John Edinger - public Def.

/ French St 302-577 5200



J. Stephenson-DPC
1901 DuPont Hwy
New Castle, DE 19702
SEN

Joseph J. Farnan, JR
United States District Court
844 N. King Street, Lock box 18
Wilmington, DE 19801-3570