CA 08-173 JJF

**DELAWARE PSYCHIATRIC CENTER**
**FINANCIAL REQUEST FORM**

DATE ~~4/17/08~~ 4/14/08

☐ CASH TO PAYEE

☐ CHECK TO PAYEE

☐ CANTEEN $ _____

RECEIVED APR 2 3 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PATIENT NAME: Luther Stephenson

PAY TO: _____

AMOUNT: $ .05
Written Amount: five cents

PURPOSE: to empty account - Phone call

BALANCE $ 0

P.T. OFFICE _____

RECEIVED BY J.J.

APPROVED BY Bobby _____
    Social Worker or Physician

PATIENT AUTHORIZATION JS

Doc. No. 35-06-30-88-08-01

CA 08-173 JJF

**DELAWARE PSYCHIATRIC CENTER**
# FINANCIAL REQUEST FORM

DATE _4/14/08_ _4/15/08_

☑ CASH TO PAYEE

☐ CHECK TO PAYEE

☐ CANTEEN $ _____

PATIENT NAME _____

PAY TO _____ $ _20.00_

AMOUNT _____
*Written Amount*

PURPOSE _____

BALANCE $ _____

P.T. OFFICE _____

RECEIVED BY _____

APPROVED BY _Bobby B_____
*Social Worker or Physician*

PATIENT AUTHORIZATION _JC_

Doc. No. 35-06-30-88-08-01

RECEIVED APR 2 2008 U.S. DISTRICT DISTRICT OF DE



J. Stevenson–DOC
1191 Paddock Rd.
New Castle, DE
19720

U.S.[...]
X-F[...]

Clerk
Lockbox 18
844 N King Street
Wilmington, DE 19801