CA 08-173 JJF

April05,08

   I Mr Thomas Eubanks and my wife, Mrs. Edin Eubanks has
discuss the charges against our grandson (Joshua Stepenson)
,AND HAVE DECIDED TO NOT PRESS ANY CHARGES AGAINST HIM.We are
not going to court any more on this matter.We are not seeking
any Restitution of any kind. We refuse to keep attending the
courts and would like to request not to be summons any longer
at this point.It has been over a Year and We are no longer
able to handle this case.Or want to pursue this matter any
longer.Myself and my wife dont think this case should go on
any longer.We Requsted that the charges be dropped at this
point. Along with medical issues we are Enable ,to continue
to Appear in these courts any more.SO please consider our
written requst notice.



                              Thank You,



My Commission Expires on Feb 27, 2010
State of Delaware
Notary Public
MESA MONEE BARRETT

                              Mr Thomas Eubanks

Mesa Monee Barrett
MESA MONEE BARRETT
Notary Public
State of Delaware
My Commission Expires on Feb 27, 2010



FILED
APR 2 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

April05,08

I Mr Thomas Eubanks and my wife,Mrs Edin Eubanks and
Darrick Lloyd has discuss this by being on one accord,
that we are requesting that our grandson Joshua Stepenson ,
No longer be incarcerated in any prison but release
and court order to be Evaluated and placed on meds,if needed.
To modify his behavior.We feel that Joshua Stepenson behavior
would not be a threat if he was given the proper help with
his mental illness.(Behavior out bursts.) We are not
pressing any type of therrice threats charges.
I feel Justice will be served counting his stay in jail
up to current.and follow up with the Evaluation.
We are not seeking Restitution.just some type of help
court oder with meds,mental aide.

Respectfully Submitted,

MEDA MONEE GARRETT
Notary Public
State of Delaware
My Commission Expires on Feb 27, 2010

April05,08

---

I Mr Thomas Eubanks has given Darrick D.LLoyd permission to
speak on my and my wife behalf on the matter concerning our
grandson Joshua Stepenson with the Terror Threating charges
against myself Thomas Eubanks and my wife Edin Eubanks

Thank you,

*Thomas Eubanks*

*Mesa Monee Barret*

MESA MONEE BARRETT
Notary Public
State of Delaware
My Commission Expires on Feb 27, 2010

Joshua Stephenson
SBI# 449406
Delaware Psych Center
1901 N. Dupont Highway
New Castle, DE. 19720

Clerck
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570