Case 1:08-cv-00173-JJF   Document 14   Filed 04/23/2008   Page 4 of 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOSHUA STEPHENSON,            )
                              )
        Plaintiff,            )
                              )
    v.                        ) Civil Action No. 08-173-JJF
                              )
THOMAS EUBANKS, ENID EUBANKS, )
WILMINGTON POLICE DEPARTMENT, )
AUDREY EUBANKS,               )
                              )
        Defendants.           )

**AUTHORIZATION**

FILED
MAY - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Joshua Stephenson, SBI #449406 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  4-23-08 , 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date:  4/30/ , 2008.

_____
Signature of Plaintiff