Dear Clearck

08-173

I want to drop or dismiss a file of charges against Thomas, Enid, and Audrey Eubanks. Only contesting the Wilmington Police department, Sean Levan, Correctional Medical Services, and the State.

Sincerly

SBI# 449406

*Joshua Stephenson*



FILED
MAY -2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Rp scann

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) [scribbled] Joshua Stephenson #449406
    (Name of Plaintiff)     (Inmate Number)

(DPC)
(Complete Address with zip code)

(2) Joshua Stephenson SBI #449406
    (Name of Plaintiff)     (Inmate Number)

(DPC)
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

(Case Number)
( to be assigned by U.S. District Court)

vs.

(1) Wilmington PD
(2) Sean Uevan - & responding officers
(3) [scribbled] CMS
(4) State
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
MAY - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**I. PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

False imprisonment, Involuntary Imprisonment Excessive force, negligence, Police brutality, etc. Case numbers # 0611022028, 0612010374, 0708018465) inadequate medical Service, exposure of confidential, breaking Standard Operating Procedures,

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

    A.    Is there a prisoner grievance procedure available at your present institution?  • •Yes  • •No

    B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?  • •Yes  • •No

    C.    If your answer to "B" is Yes:

        1. What steps did you take? *In House Mail, Greivances, one on ones, team meetings*

        2. What was the result? *Nothing*

    D.    If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: *Sean Levan, Co Workers Responding to incedent*
Employed as *Correctional Officer* at *Howard R. Young Cor. Inst - "Gander Hill"*
Mailing address with zip code: _____

(2) Name of second defendant: *Wilmington Police Deparment*
Employed as _____ at _____
Mailing address with zip code: _____

(3) Name of third defendant: *Correctional Medical Services*
Employed as _____ at _____
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) *State*

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. False imprisionment – Unecessary delay in Time Frame Proceedures for indictment, case reveiws, and denile of SPEEDY TRIAL Crimminal Rules, Chief Justice Rules, Involuntary Imprisionment

2. Standard Operating Proceedures Excessiv force, official miscon- duct, negligance, Abuse, neglect, mistreatment, trafficking of

3. a victum – Boiling, Police brutality Conflict of intrest, noncompliant with the position of motion, expos- ure of confidentiality, Ineffecti- ve counciling, cheif in comand, Inadquate medical services, etc.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Sanction, Exponament, cash Compansation, Apply motions 46I, 48B on my behalf...

3

2. _____ // _____ \\ _____

_____

_____

_____

_____

3. _____ // _____ \\ _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30th__ day of __April__, 2_008_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

J Stephanson - DPC
1901 N DuPont Hwy
New Castle DE 19702





Clearck of Court
Lockbox 18
844 N King St
Wilmington DE 19801