

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Joshua Stephenson
SBI# 449406
Dela
1901
New

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 19899001818    *1727-13029-21-39

U.S.MS.
X-RAY

RECEIVED
MAY - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Notices**

1:08-cv-00173-JJF Stephenson v. Eubanks et al

PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 4/18/2008 at 1:09 PM EDT and filed on 4/17/2008
**Case Name:**        Stephenson v. Eubanks et al
**Case Number:**      1:08-cv-173
**Filer:**            Joshua Stephenson
**Document Number:** 11

**Docket Text:**
**NOTICE of Amending Complaint by Joshua Stephenson re [2] Complaint. Plaintiff is naming Howard Young Correctional Facility as a defendant. (nms)**

**1:08-cv-173 Notice has been electronically mailed to:**

**1:08-cv-173 Notice has been delivered by other means to:**

Joshua Stephenson
SBI# 449406
Delaware Psych Center
1901 N. Dupont Highway
New Castle, DE 19720

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=4/18/2008] [FileNumber=552852-0]
[974814482b87399752b8336be77142a5cd5a57cda08168c7a76db48b1fcf109bcfd2
7f31c35a095400e97a4c8e555b8b7a0d71ceea98a38c01e9eaecda1085c0]]