IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSHUA STEPHENSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-173-JJF |
| THOMAS EUBANKS, ENID EUBANKS, WILMINGTON POLICE DEPARTMENT, AUDREY EUBANKS, CORRECTIONAL MEDICAL SERVICES, and HOWARD R. YOUNG CORRECTIONAL FACILITY, | : |
| Defendants. | : |

**ORDER**

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion To Amend/Correct construed as a Motion To Voluntarily Dismiss the claims against Thomas Eubanks, Enid Eubanks, and Audrey Eubanks is **GRANTED**.  (D.I. 18.)

1. The Complaint and its Amendments are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

2. Plaintiff is given leave to **AMEND** the Complaint only as to the claims against the Wilmington Police Department and Correctional Medical Services.  The Amended Complaint shall be filed within **thirty days** from the date of this Order.  If an

Amended Complaint is not filed within the time allowed, then the case will be **CLOSED**.

| | |
|---|---|
| 7-1-08 | /s/ Joseph J. Farnan Jr. |
| DATE | UNITED STATES DISTRICT JUDGE |